IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:05-mj-137-W |
| | ) | |
| PRESTON GRICE, | ) | |
| LEEANDORA WOODS, | ) | |
| COREY HARVEY | ) | |

GOVERNMENT'S MOTION FOR DETENTION HEARING

Comes now the United States of America, by and through Leura Garrett Canary, United

States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves

for a detention hearing for the above-captioned defendants.

1.    Eligibility of Cases

This case is eligible for a detention order because this case involves:

_____    Crime of violence (18 U.S.C. 3156)

_____    Maximum sentence of life imprisonment or death

__X__    10 + year drug offense

_____    Felony, with two prior convictions in the above categories

__X__    Serious risk the defendant will flee

_____    Serious risk of obstruction of justice

2.    Reason For Detention

The Court should detain defendants because there are no conditions of release which will

reasonably assure:

__X___    Defendant's appearance as required

__X___    Safety of any other person and the community


3.    Rebuttable Presumption

The United States will not invoke the rebuttable presumption against defendants under

Section 3142(e).


4.    Time For Detention Hearing

The United States requests the Court conduct the detention hearing:

_____    At the initial appearance

___X__    After continuance of 3 days

The Government requests leave of Court to file a supplemental motion with additional

grounds or presumption for detention should this be necessary.

Respectfully submitted this 3rd day of November, 2005.

LEURA GARRETT CANARY
United States Attorney

/s/ KENT B. BRUNSON
Kent B. Brunson
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135   fax
kent.brunson@usdoj.gov