**COURTROOM DEPUTY'S MINUTES**      **MIDDLE DISTRICT OF ALABAMA**

---

√ **INITIAL APPEARANCE**      **DATE:** November 3, 2005
❏ **BOND HEARING**
❏ **DETENTION HEARING**      Digital Recording 10:16 - 10:25
❏ **PRELIMINARY (EXAMINATION)(HEARING)**
❏ **REMOVAL HEARING (R.40)**
❏ **ARRAIGNMENT**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor
**CASE NO.** 2:05mj137-W    **DEFENDANT NAME:** Preston Grice
**AUSA:** Todd Brown    **DEFT. ATTY:** Dan Hamm
     **Type Counsel:** ( )Retained; (√) CJA; ( ) Waived; ( ) FPD
**USPO/USPTS:** Tamara Martin
**Interpreter needed:** ( √ ) NO; ( )YES  Name:

---

| | |
|---|---|
| √ | Date of Arrest November 2, 2005 or ❏ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❏ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER CJA Panel Attorney Dan Hamm - Notice of Appearance to be filed |
| ❏ | Panel Attorney Appointed; ❏ to be appointed - prepare voucher |
| ❏ | Deft. Advises he will retain counsel.  Has retained _____ |
| ❏ | ❏ Government's ORAL Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's WRITTEN Motion for Detention Hrg. filed |
| √ | Detention Hearing/Preliminary Examination set 11/7/05 at 10:00 a.m. |
| ❏ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❏ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❏ | Release order entered.  Deft advised of conditions of release |
| ❏ | ❏ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ❏ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❏ | Bond not executed.  Defendant to remain in Marshal's custody |
| ❏ | Deft. ORDERED REMOVED to originating district |
| ❏ | Waiver of ❏ preliminary hearing; ❏ Waiver Rule 40 hearing |
| ❏ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| ❏ | ARRAIGNMENT ❏HELD. Plea of NOT GUILTY entered. ❏Set for  DISCOVERY DISCLOSURE DATE: |
| ❏ | WAIVER of Speedy Trial.   CRIMINAL TERM: |
| ❏ | NOTICE to retained Criminal Defense Attorney handed to counsel |