IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs.                           ) | CASE NO. 2:05-mj-00137-SRW |
| ) | |
| PRESTON GRICE            ) | |

## NOTICE OF APPEARANCE

COMES NOW the undersigned counsel and files this Notice of Appearance as attorney of record for the Defendant Preston Grice in the above-referenced case.

Respectfully submitted,

S/Donald G. Madison
Donald G. Madison (MAD008)
Attorney for Defendant Preston Grice

OF COUNSEL:
DONALD G. MADISON
418 SCOTT STREET
MONTGOMERY, ALABAMA 36104
TELEPHONE (334) 263-4800
FACSIMILE  (334) 265-8511

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Notice of Appearance with the Clerk of the Court by the CM/ECF System which will electronically notify the United Attorney for the Middle District of Alabama and Kent Brunson, Assistant United States Attorney.

S/Donald G. Madison
DONALD G. MADISON (MAD008)
Attorney for Defendant Preston Grice