IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | 2:05mj137-SRW |
| ) | |
| PRESTON GRICE             ) | |
| LEEANDORA WOODS           ) | |
| COREY HARVEY              ) | |

## **ORDER**

On November 7, 2005 the undersigned Magistrate Judge held a preliminary examination in the above-styled case. Based on the evidence adduced at the hearing, the Magistrate Judge concludes that there is probable cause to believe that the defendants committed the offense charged in the complaint. Therefore, it is

ORDERED that the defendants are bound over to the district court for further proceedings.

DONE, this 10th day of November, 2005.

/s/ Susan Russ Walker

SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE